**SMITH v. JACK ECKERD CORP.**

[346 N.C. 175 (1997)]

SHIRLEY SMITH v. JACK ECKERD CORPORATION

No. 417A96

(Filed 9 May 1997)

Appeal by plaintiff, Shirley Smith, pursuant to N.C.G.S. § 7A-30(2), from an unpublished decision of a divided panel of the Court of Appeals, 123 N.C. App. 785, 474 S.E.2d 418 (1996), affirming the judgment entered by Freeman, J., on 26 April 1995 in Superior Court, Forsyth County. Heard in the Supreme Court 14 April 1997.

*Kennedy, Kennedy, Kennedy and Kennedy, L.L.P., by Harvey L. Kennedy and Harold L. Kennedy, III, for plaintiff-appellant.*

*Bell, Davis & Pitt, P.A., by J. Dennis Bailey, for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is reversed, and this case is remanded to the Court of Appeals for further remand to the Superior Court, Forsyth County, for a new trial which shall be limited solely to the issue of plaintiff's damages in connection with her claim for relief for battery.

REVERSED AND REMANDED.